UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RICHARD JONES, )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>CLAIBORNE COUNTY, TENNESSEE, )<br>DEPUTY STEVE CLINE, and )<br>DEPUTY JIMMY SEALS, )<br>　　Defendants. ) | No. 3:05-CV-580<br>(Phillips) |

## JUDGMENT ORDER

This case came before the court on the motion for summary judgment by defendants Claiborne County, Steve Cline and Jimmy Seals. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Richard Jones take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff their costs of action.

The final pretrial conference scheduled for May 23, 2007 and the trial scheduled for May 30, 2007 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of April, 2007.

　　　　　　　　　　　　　　　　　　　　s/ Patricia L. McNutt
　　　　　　　　　　　　　　　　　　　　Clerk of Court